IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| United States of America, | Case No. 3:13-po 86 |
| Plaintiff, | Violation #1088248 |
| -vs- | Magistrate Judge Michael J. Newman |
| Gregory Gaubatz, | |
| Defendant. | |

## ORDER

On oral motion of the United States in open court, pursuant to the plea agreement of the parties and Fed. R. Crim. P. 7(e), and with the Defendant's consent, the charge of SIMPLE ASSAULT in violation of **18 U.S.C. § 13 & 7 and O.R.C. § 2903.13**, made in Violation Notice #1088248 is hereby AMENDED to charge DISORDERLY CONDUCT in violation of **38 C.F.R. § 1.218(b)(11).**

IT IS SO ORDERED.

Date: 5/30/13 June 3, 2013

_____
United States Magistrate Judge
6/3/13

_____
Alex R. Sistla
Assistant United States Attorney